UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ANTHONY REYNA (JOECAT),

Plaintiff,

-against-

UNIVERSAL MUSIC GROUP RECORDINGS, INC.,

Defendants.

25-CV-10591 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se*, filed this action on December 18, 2025. Plaintiff applied to proceed with this action *in forma pauperis* ("IFP"), and, by order dated July 21, 2026, the Court granted his request. (ECF 122.) Plaintiff has filed multiple documents in this case. (ECF 4–122.) Currently pending are motions seeking various forms of relief, including: alternate service (ECF 14); a conference (ECF 18); "limited prospective equitable relief requiring disclosure and structural separation of compensated intermediary commentary" (ECF 37); "preservation of evidence and entry of litigation hold order" (ECF 38); emergency relief (ECF 45); a preservation order and for limited early discovery (ECF 52); preservation of evidence (ECF 54); "notice regarding ongoing market inducement" (ECF 55); leave to file limited supplemental exhibits (ECF 69); an extension of time to serve (ECF 72); judicial notice (ECF 73), a pre-motion conference (ECF 107); and leave to file a Fourth Amended Complaint (ECF 121).

## DISCUSSION

### A. Motion for leave to file a Fourth Amended Complaint

The Court grants the motion for leave to file a Fourth Amended Complaint. (ECF 121.) The Court directs Plaintiff to file the Fourth Amended Complaint within 60 days from the date of

this order. Because the Fourth Amended Complaint will completely replace, not supplement, all prior pleadings, any facts or claims that Plaintiff wants to include must be repeated in the Fourth Amended Complaint. The Fourth Amended Complaint must provide a short and plain statement of the relevant facts supporting each claim against defendant.

**B. Other motions**

As noted above, Plaintiff proceeds IFP. Under the IFP statute "the district court must determine whether the action shall be dismissed (1) as frivolous or malicious, (2) for failure to state a claim, or (3) because the action seeks monetary relief from a defendant immune from such relief," *Staley v. Navy Fed. Credit Union*, No. 24-CV-8265 (LTS), 2025 WL 1685233, at *3 (S.D.N.Y. June 15, 2025) (citing 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) (the "IFP statute")).

Because the court has not yet screened Plaintiff's complaint under the IFP statute, it would be "premature" to order service before the court fulfills that statutory obligation. *McClellon v. Lemonade Ins. Co.*, No. 24-CV-8617 (LTS), 2025 WL 2988498, at *1 (S.D.N.Y. Sept. 11, 2025). The Court therefore denies Plaintiff's request for alternate service, or any type of service, without prejudice to renewal after the court screens the operative complaint, at which time it will, if necessary, direct that summonses be issued and service on Defendant be effected.

Additionally, the Court denies Plaintiff's other motions without prejudice to renewal after Plaintiff has filed the fourth amended complaint and the Court has screened it for substantive sufficiency. Plaintiff should refrain from filing motions until that time.

**CONCLUSION**

Plaintiff is granted leave to file a Fourth Amended Complaint that complies with the standards set forth above. Plaintiff must submit the Fourth Amended Complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as a "Fourth

Amended Complaint," and label the document with docket number 25-CV-10591 (LTS). No summons will issue at this time.

The Court denies all other motions. The Clerk of Court is directed to terminate all outstanding motions. (ECF 14, 18, 37, 38, 45, 52, 54, 55, 69, 72, 73, 107, 121.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 6, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge